# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEFFREY SMITH**                                                          **PLAINTIFF**

**vs.**                                    **NO. 4:21-cv-114-LPR**

**MHC ROOFING & CONSTRUCTION, INC.**                        **DEFENDANTS**
**and R. PERRY MORRIS**

## ENTRY OF APPEARANCE

Alexander D. Clark, an attorney in the firm of Cross, Gunter, Witherspoon & Galchus, P.C., 500 President Clinton Avenue, Suite 200, Little Rock, Arkansas 72201, enters his appearance as counsel on behalf of Defendants MHC Roofing & Construction, Inc. and R. Perry Morris for all further proceedings in this cause.

                                                 Respectfully submitted,

                                                 Alexander D. Clark (#2017112)
                                                 CROSS, GUNTER, WITHERSPOON
                                                      & GALCHUS, P.C.
                                                 500 President Clinton Avenue, Suite 200
                                                 Little Rock, Arkansas 72201
                                                 Phone: 501-371-9999 / Fax: 501-371-0035
                                                 E-mail: aclark@cgwg.com

                                                 **ATTORNEYS FOR DEFENDANTS**